# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| TERRIAUN DESHAUN WARD, #58495-177 | § § § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0765-S-BT |
| | § | |
| UNITED STATES OF AMERICA | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's 28 U.S.C. § 2241 habeas action will be dismissed.

**SO ORDERED.**

SIGNED May 6, 2024.

_____
UNITED STATES DISTRICT JUDGE